## 68580. MOON v. CALDWELL et al.

Deen, Presiding Judge.

Upon further consideration, we conclude that the grant of the application for discretionary appeal in this case, by order of this court on February 14, 1984, was improvident. Accordingly, the appeal is dismissed.

*Appeal dismissed. McMurray, C. J., and Sognier, J., concur.*

Decided June 15, 1984.

*Larry J. Barkley*, for appellant.

*Jerry L. Minge, Michael J. Bowers, Attorney General, James P. Googe, Jr., Executive Assistant Attorney General, Marion O. Gordon, First Assistant Attorney General, Wayne P. Yancey, Senior*

*Assistant Attorney General, Susan L. Rutherford,* for appellees.